(408) 297-8750  #80100 & 80149
James J. Gold
Norma L. Hammes
GOLD and HAMMES, Attorneys
1570 The Alameda, Suite 223
San Jose, CA 95126
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Margarita Hernandez Munoz

Debtor                                    /

Chapter 13
Case No.  08-5-3270 RLE

DECLARATION OF DEBTOR

The Debtor declares as follows:

I am the debtor in this Chapter 13 case.

I declare that during the tax year 2004 I believe my income was insufficient to require the filing of tax returns under applicable laws.

During the year 2004 I was supported by relatives.

I believe that the foregoing is true and correct to the best of my knowledge, however if the Internal Revenue Service or Franchise Tax Board have any data that is in conflict with my recollection, I respectfully request that the agency provide that data to my attorneys forthwith so that any required returns may be promptly filed by me.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is signed in San Jose, California, on the date set by my name.

Dated: 6-20-08

Margarita Hernandez Munoz