DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MARGARITA HERNANDEZ MUNOZ

Debtor(s)

Chapter 13
Case No. 08-5-3270 RLE

TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Pre-Hearing Conference Date: October 16, 2008
Pre-Hearing Conference Time: 2:00 pm
Place: 280 S. 1st Street
       San Jose, CA Room 3099
Judge: Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. Pursuant to the debtor's testimony at the Section 341 First Meeting of Creditors on July 28, 2008, the debtor has not filed her 2005 and 2006 income tax returns. Before the Trustee can recommend confirmation of the debtor's plan, all missing tax returns must be prepared and filed with the appropriate taxing authorities. Once prepared, the Trustee

//

//

Trustee's Obj to Confirmation 08-5-3270 rle

1

Case: 08-53270    Doc# 14    Filed: 08/06/08    Entered: 08/06/08 14:15:10    Page 1 of 3

| | |
|---|---|
| 1 | requests verification that the Federal returns have been filed with the Internal Revenue |
| 2 | Service. |

Dated: August 6, 2008                                    /S/ Devin Derham-Burk
                                                         _____
                                                         Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 6, 2008.

Said envelopes were addressed as follows:

| | |
|---|---|
| Margarita Hernandez Munoz<br>2872 Plumas Dr<br>San Jose, CA 95121 | Gold & Hammes<br>1570 The Alameda #223<br>San Jose, CA 95126 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 08-5-3270 rle