1  **LAW OFFICES OF LES ZIEVE**
   **LES ZIEVE, ESQ.**
2  **Ca. Bar #123319**
   **18377 Beach Blvd**
3  **Suite 210**
   **Huntington Beach, CA 92648**
4  **(714) 848-7920**

5  Counsel for Objecting Secured Creditor,
   Franklin Credit Management Corporation
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12
   In re                                    )   Case No. 08-53270
13                                          )
   Margarita Munoz,                         )   **OBJECTION TO CONFIRMATION OF**
14                                          )   **CHAPTER 13 PLAN**
              Debtor.                       )
15                                          )   341 Meeting:
                                            )
16                                          )   Date:  June 18, 2009
                                            )   Time:  2:00 p.m.
17                                          )   Place: San Jose Courtroom 3099
   ─────────────────────────────────────── )          280 South First Street,
18                                              San Jose, CA 95113-3002
19

20

21          In support of the foregoing Objection,  Franklin Credit Management Corporation

22  (hereinafter "FCMC"), alleges as follows:

23          1.      FCMC is the loan servicing agent on behalf of the holder of the **second** deed of

24  trust on the Debtor's real property located at 4619 Thornhaven Way, San Jose, California.

25

26          THE DEBTOR HAS INSUFFICIENT EXCESS INCOME TO FUND HER PLAN

27          2.      The Debtor has no excess monthly income.  The Debtor has committed nearly

28  all of her purported excess income to her Plan over 52 months.  Her proposed Plan payment is

$300.00 for all 52 months and her monthly net income is $300.00. True copies of the Debtor's Schedules "I" and "J" are attached hereto as Exhibit "1". Her claimed income is at best dubious as the debtor lists $3,700.00 per month in "income from operation of business"and $2,000.00 in contribution from "expected roommate". She lists no deductions for Federal or State income taxes or for self-employment taxes. Self-employment taxes alone (which are not subject to elimination by deductions) on $3,700.00 would total at least $569.00 per month, thereby eating up all of the Debtor's purported excess monthly income and leaving a deficit of at least $269.00. Furthermore, it is extraordinarily unlikely that the Debtor has NO Federal or State income tax liability on her self-employment income. Furthermore, the debtor has filed no evidence supporting her contention that her speculative and prospective tenant has either the ability or intent to contribute $2,000.00 per month for 52 months.

<u>INABILITY TO FUND A FEASIBLE PLAN</u>

3. Based on the above, it is clear that this Debtor filed this case in bad faith and does not have the intent or ability to comply with the requirements of the Code.

///
///
///
///
///
///
///
///
///
///
///
///
///

WHEREFORE, FCMC prays as follows:

    1.  That this case be dismissed forthwith with a 180 day bar against refiling.

    2.  That confirmation of the Plan be conditioned upon the Debtor providing this creditor and the Court with verified evidence supporting her contentions set forth in Schedules "I" and "J", including evidence that the Debtor's prospective tenant has the ability and intent to make a $2,000.00 monthly contribution to the Plan.

    3.  For such further relief as the Court deems appropriate.

DATED: April 23, 2009

Respectfully submitted,

LAW OFFICES OF LES ZIEVE

/s/ Les Zieve

_____

By: LES ZIEVE
Counsel for Objecting Secured
Creditor: Franklin Credit Management Corp.

45-037 .OBJ/mm

In re: Margarita Hernandez Munoz                                    Case No.

# SCHEDULE I -- CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

The marital status of the debtor(s) is: unmarried

## DEPENDENTS OF DEBTOR AND SPOUSE

| Name | Age | Relationship | Monthly Support | |
|------|-----|--------------|-----------------|---|
| | | | Paid by Debtor(s) | Received by Debtor(s) |
| None | | | | |

## EMPLOYMENT

| | Debtor | Spouse |
|---|--------|--------|
| Occupation | Childcare Provider | |
| How long employed | 2 yrs | |
| Name of Employer | Self-employed | |
| Employer's Address | at residence | |

## INCOME: (Estimate of average or projected monthly income at time case filed)

| | Debtor | Spouse |
|---|--------|--------|
| GROSS EMPLOYMENT INCOME | | |
| 1. Monthly gross wages, salary, and commissions (prorate if not paid monthly) | | |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | 0 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | | |
|    b. Insurance | | |
|    c. Union dues | | |
|    d. Other | | |
|      (Specify): | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | |
| OTHER SOURCES OF INCOME | | |
| 7. Regular income from operation of business, profession, or farm (attach detailed statement) | 3,700 | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support paid to debtor for support and for listed dependents | | |
| 11. Social security or government assistance | | |
|   (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Expected 4Cs food reimb | 350 | |
|    Expected roommate | 2,000 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | 6,050 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | 6,050 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) (Report also on Summary of Schedules) | | 6,050 |

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.

Exhibit 1

In re: Margarita Hernandez Munoz                                    Case No. _____

## SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If so, complete the second column also.

| | DEBTOR | SPOUSE (If separate) |
|---|---|---|
| 1. Rent or home mortgage payment | 3,427 | |
|    (include mobilehome space rent) | | |
|    a. Real estate taxes (not included above) | 150 | |
|    b. Property insurance (not included above) | 67 | |
| 2. Utilities | | |
|    a. Electricity and heat | 170 | |
|    b. Water and sewer | 70 | |
|    c. Telephone | 12 | |
|    d. Other | | |
|       Internet Services | 12 | |
|       Cable TV | 29 | |
| 3. Home maintenance (repairs and upkeep) | | |
| 4. Food and home supplies | 575 | |
| 5. Clothing | 80 | |
| 6. Laundry and dry cleaning | 73 | |
| 7. Medical and dental | 10 | |
| 8. Transportation (not including car payment) | 600 | |
| 9. Recreation, clubs and entertainment, | | |
|    Newspapers and magazines | | |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or | | |
|    included in home mortgage payments): | | |
|    a. Homeowner's or renter's | | |
|    b. Life | | |
|    c. Health | | |
|    d. Auto | 25 | |
|    e. Other | | |
| 12. Taxes (not deducted from wages or | | |
|    included above) Specify: | | |
| | | |
| 13. Installment payments: (In chapter 11, 12 or 13 | | |
|    do not list payments included in the plan) | | |
|    a. Auto | | |
|    b. Other: | | |
|    c. Other: | | |
| 14. Alimony, maintenance, and support | | |
|    paid to others | | |
| 15. Other support (specify): | | |
| | | |
| 16. Regular expenses of business, profession, or farm | 450 | |
| 17. Other expenses (specify): | | |
| | | |
| TOTAL THIS COLUMN | 5,750 | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report on Summary of Schedules) | | 5,750 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | | 6,050 |
|    b. Average monthly expenses from Line 18 above | | 5,750 |
|    c. Monthly net income (a. minus b.) | | 300 |

Exhibit "1"

## ATTACHMENT TO SCHEDULE J -- EXPENSES OF BUSINESS

| Margie's Heavenly Licensed Provider Childcare | |
| --- | --- |
| Rent | |
| Utilities | |
|     Power | |
|     Water and Garbage | |
|     Telephone | |
|     Internet Services | |
|     Toxic Disposal | |
|     Other | |
| Insurance | |
|     Workers Compensation | |
|     Liability | |
|     Vehicle | |
|     Other | |
| Employee Payroll | |
| Contract Services | |
| Taxes | |
|     Payroll | |
|     Sales | |
|     Other | |
| Cost of Goods | 50 |
| Advertising | |
| Transportation | 50 |
| Dues, Subscriptions, Education | |
| Client Entertainment | |
| Accounting and Professional Services | |
| Food for children's lunches | 350 |
| TOTAL MONTHLY EXPENSES FOR THIS BUSINESS | 450 |